■ Steven D. Burdick, Respondent-Appellant, v Randall E. Bratt et al., Appellants-Respondents and Third-Party Plaintiffs, et al., Defendant and Third-Party Plaintiff. Carol A. Fields, Third-Party Defendant-Appellant-Respondent. (Appeal No. 2.) [612 NYS2d 993] —Appeals unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Oswego County, Nicholson, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.